# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JESSICA BRUNKOW, | ) | |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00832-wmc |
| | ) | |
| v. | ) | Judge Conley |
| | ) | |
| DISH NETWORK, LLC, | ) | Magistrate Judge Crocker |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal _**without**_ prejudice of the above-captioned action in its entirety and with each party to bear their own fees and costs.

**Date:**   November 23, 2020

| | |
|---|---|
| **For Plaintiff,** | **For Defendant,** |
| **JESSICA BRUNKOW** | **DISH NETWORK, LLC** |
| | |
| _s/ David M. Marco_ | _s/ David S. Almeida_ |
| | |
| David M. Marco | David S. Almeida (3056520) |
| IL Bar No. 6273315/FL Bar No. 125266 | BENESCH, FRIEDLANDER, COPLAN & |
| SMITHMARCO, P.C. | ARONOFF LLP |
| 55 W. Monroe Street, Suite 1200 | 71 South Wacker Drive, Suite 1600 |
| Chicago, IL 60603 | Chicago, Illinois 60606 |
| Telephone:   (312) 546-6539 | Telephone:   (312) 212-4949 |
| Facsimile:   (888) 418-1277 | Facsimile:   (312) 767.9192 |
| E-Mail:   dmarco@smithmarco.com | Email:   dalmeida@beneschlaw.com |